Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER • SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA 94105

Telephone: (415) 981-9260
Facsimile: (415) 981-9266

Attorneys for Plaintiffs Judy Davidson, Michael Davidson,
Lorren Davidson Hale, and Deanna Davidson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive.<br><br>Defendants. | No. C 06-05657 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM COURT-ASSISTED MEDIATION AND REFERRING CASE TO PRIVATE MEDIATION** |

The parties have conferred regarding the dispute resolution alternatives for this case, and have agreed to mediate this case privately with Mr. Jeffrey Krivis in Los Angeles. The parties plan to schedule a date convenient for Mr. Krivis and the parties in mid-April. Assuming medical records are available at a reasonable time prior to that date, the parties plan to complete mediation prior to the April 26, 2007 deadline set by this Court.

- 1 -
Stipulation and Order – C 06-05657 JSW

For these reasons, the parties jointly request that this Court remove this case from court-assisted mediation and refer the case to private mediation to be completed by April 26, 2007.

DATED: February 20, 2007.   SEEGER • SALVAS LLP


By     /s/ Brian J. Devine
Brian J. Devine
Attorneys for Plaintiffs Judy Davidson, Michael Davidson, Lorren Davidson Hale, and Deanna Davidson Moen


DATED: February 20, 2007.   TUCKER ELLIS & WEST LLP


By     /s/ Peter Schnaitman
Peter Schnaitman
Attorneys for Defendant Centocor, Inc.

**ORDER**

IT IS HEREBY ORDERED that this case is removed from court-assisted mediation and referred to private mediation to be completed by April 26, 2007.

Dated: February 20, 2007

By _____
Honorable Jeffrey S. White
District Court Judge

- 2 -
Stipulation and Order – C 06-05657 JSW