| | |
|---|---|
| 1 | Kenneth M. Seeger (State Bar No. 135862) |
| | Brian J. Devine (State Bar No. 215198) |
| 2 | SEEGER • SALVAS LLP |
| | 455 Market Street, Suite 1530 |
| 3 | San Francisco, CA 94105 |
| 4 | Telephone: (415) 981-9260 |
| | Facsimile: (415) 981-9266 |
| 5 | |
| 6 | Attorneys for Plaintiffs Judy Davidson, Michael Davidson, Lorren Davidson Hale, and Deanna Davidson |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTOCOR, INC. and DOES 1 to 20, inclusive. <br><br> Defendants. | No. C 06-05657 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

On February 20, 2007, the parties advised this Court that they had agreed to mediate this case privately with Mr. Jeffrey Krivis in Los Angeles. Also on February 20, 2007, this Court entered an Order removing this case from court-assisted mediation and referring the case to private mediation.

A post-mediation Case Management Conference is scheduled to take place on May 18, 2007. However, due to the mediator's schedule, the earliest date that

- 1 -

Stipulation and Order – C 06-05657 JSW

the parties could confirm a mediation session with Mr. Krivis is on May 22, 2007. Consequently, the parties request that this Court reschedule the post-mediation Case Management Conference to a date after May 22, 2007 that is convenient for the Court.

DATED: May 9, 2007.                SEEGER • SALVAS LLP


By    /s/ Brian J. Devine
Brian J. Devine
Attorneys for Plaintiffs Judy Davidson, Michael Davidson, Lorren Davidson Hale, and Deanna Davidson Moen

DATED: May 9, 2007.                TUCKER ELLIS & WEST LLP


By    /s/ Peter Schnaitman
Peter Schnaitman
Attorneys for Defendant Centocor, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the Further Case Management Conference scheduled for May 18, 2007 at 1:30 p.m. is rescheduled to __June 1__, 2007 at __1:30 p.m.__.

DATED: May 10, 2007

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
District Court Judge

- 2 -
Stipulation and Order – C 06-05657 JSW