Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER • SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA 94105

Telephone: (415) 981-9260
Facsimile: (415) 981-9266

Attorneys for Plaintiffs Judy Davidson, Michael Davidson,
Lorren Davidson Hale, and Deanna Davidson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive.<br><br>　　　　　Defendants. | No. C 06-05657 JSW<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF COMPROMISE OF DISPUTED MINOR'S CLAIM**<br><br>Date: September 14, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br><br>Honorable Jeffrey S. White |

**TO ALL PARTIES TO THE ABOVE-ENTITLED ACTION AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE HEREBY NOTIFIED THAT** at 9:00 a.m. on September 24, 2007, or as soon thereafter as the matter can be heard, in Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Petitioner Judy Davidson will move and hereby does move this Court for an order approving the compromised settlement of minor Michael Davidson's claim.

1  This motion is based upon this Notice of Motion and Motion, the Petition for
2  Approval of Minor's Compromised Settlement, the Memorandum of Points and
3  Authorities, the Declaration of Brian J. Devine (all of which are filed and served
4  concurrently herewith), all the pleadings, records and files contained in this action, and
5  such further oral and documentary evidence that may be presented at the time of
6  hearing.

DATED:  August 10, 2007.        SEEGER ● SALVAS LLP

By _____/s/ Brian J. Devine_____
Brian J. Devine
Attorneys for Plaintiffs Judy
Davidson, Michael Davidson, Lorren
Davidson Hale, and Deanna
Davidson