| | |
|---|---|
| 1 | Kenneth M. Seeger (State Bar No. 135862) |
| | Brian J. Devine (State Bar No. 215198) |
| 2 | SEEGER • SALVAS LLP |
| | 455 Market Street, Suite 1530 |
| 3 | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 981-9260 |
| | Facsimile:   (415) 981-9266 |
| 5 | |
| 6 | Attorneys for Plaintiffs Judy Davidson, Michael Davidson, Lorren Davidson Hale, and Deanna Davidson Moen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN, <br><br>        Plaintiffs, <br><br>        vs. <br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive. <br><br>        Defendants. | No. C 06-05657 JSW <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR APPROVAL OF COMPROMISE OF DISPUTED MINOR'S CLAIM** <br><br> Date:    September 14, 2007 <br> Time:   9:00 a.m. <br> Place:   Courtroom 2, 17th Floor <br><br> Honorable Jeffrey S. White |

**DOCUMENT SUBMITTED UNDER SEAL**

- 1 -

Memorandum in Support of Motion to Approve Minor's Compromise – C 06-05657 JSW