IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY DAVIDSON, et al.,

    Plaintiffs,

v.

CENTOCOR INC. and DOES 1-20, inclusive,

    Defendants.

No. C 06-05657 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR APPROVAL OF DISPUTED MINOR'S CLAIM**

This matter is set for a hearing on October 19, 2007 on Plaintiffs' motion for approval of compromise of disputed minor's claim. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than August 31, 2007 and any reply briefs shall be filed by no later than September 7, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 13, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE