Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER ● SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA 94105

Telephone:   (415) 981-9260
Facsimile:    (415) 981-9266

Attorneys for Plaintiffs Judy Davidson, Michael Davidson,
Lorren Davidson Hale, and Deanna Davidson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN, <br><br>         Plaintiffs, <br><br>      vs. <br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive. <br><br>         Defendants. | No. C 06-05657 JSW <br><br>**[PROPOSED] ORDER APPROVING COMPROMISE OF DISPUTED MINOR'S CLAIM** <br><br>Date:       September 14, 2007 <br>Time:       9:00 a.m. <br>Place:     Courtroom 2, 17th Floor <br><br>Honorable Jeffrey S. White |

Judy Davidson, Michael Davidson's mother and guardian ad litem,

petitioned this Court to approve the compromised of a disputed claim brought by Michael

Davidson, a minor.  Defendant Centocor, Inc. does not oppose this petition.  After

considering the moving papers, and all other matters presented to the Court,

**IT IS HEREBY ORDERED THAT the Petition is GRANTED.**

- 1 -

Order – C 06-05657 JSW

1.  The compromised settlement of Michael Davidson's claim against Centocor, Inc. is approved as being fair, reasonable, and in the best interests of Michael Davidson;

2.  The requested attorneys fees and costs shall be paid to Seeger Salvas LLP from the settlement sum;

3.  The balance remaining after attorneys' fees and costs are paid from the settlement sum shall be deposited by Judy Davidson into a blocked account with a reputable and insured financial institution for use by Michael Davidson after he reaches the age of eighteen.

DATED: August 28, 2007 ,

By _Jeffrey S White_____
Jeffrey S. White
District Court Judge

The hearing date of October 19, 2007 is HEREBY VACATED.
The parties shall submit a stipulation and proposed order of dismissal or a joint status report by no later than September 21, 2007.

- 2 -

Order – C 06-05657 JSW