TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - State Bar No. 146904
PETER E. SCHNAITMAN - State Bar No. 218982
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com

Attorneys for Defendant
CENTOCOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN,<br><br>Plaintiffs,<br><br>v.<br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.  C-06-05657 JSW<br><br>[~~PROPOSED~~] ORDER<br><br>Date:    September 14, 2007<br>Time: |

The Motion to Seal Original Petition for Minor's Compromise of Disputed Claim came ~~on regularly for hearing~~ before the Honorable Jeffrey S. White ~~on September 14, 2007, in Courtroom 2 of this Court~~.

This motion requested that the original, unredacted Petition for Minor's Compromise of Disputed Claim be filed under seal. After full consideration of the papers submitted, oral argument of counsel, and the applicable statutory and decisional authority, the Court hereby makes the following factual findings:

1.  The parties have an overriding interest in precluding public access to the

7.
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL

LAimanage/30180/00486/594732/1

1 confidential information in these documents as they contain information that the parties have
2 contracted to keep confidential.

3     2.    The public has no legitimate interest in accessing the confidential information in
4 these documents.

5     3.    The proposed sealing proposed is narrowly tailored and there is no less restrictive
6 means by which to preclude public access to this information.

7 The Court concludes that the requirements set forth in Local Rules 7-11 and 79-5 have
8 been satisfied. Based on the above findings, the Court hereby grants the Motion to Seal in its
9 entirety. The original, unredacted version of Plaintiff's Petition for Minor's Compromise of
10 Disputed Claim and all attachments shall be sealed.

12 DATED: ~~September ___, 2007~~
13         August 28, 2007

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Court

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

2.
JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
LAimanage/30180/00486/594732/1