Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER • SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA  94105

Telephone:   (415) 981-9260
Facsimile:    (415) 981-9266

Attorneys for Plaintiffs Judy Davidson, Michael Davidson,
Lorren Davidson Hale, and Deanna Davidson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive.<br><br>  Defendants. | No. C 06-05657 JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br><br><br><br><br>Honorable Jeffrey S. White |

It is hereby stipulated by and between the parties, by and thorough their undersigned attorneys, that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiffs' Complaint shall be dismissed with prejudice on the merits.  Each party shall bear its own costs, fees, and expenses, including attorneys' fees, in connection with this voluntary dismissal.

Judgment of dismissal with prejudice may be entered hereon without further notice.

DATED: August 28, 2007.　　　SEEGER ● SALVAS LLP


By _____/s/ Brian J. Devine_____
Brian J. Devine
Attorneys for Plaintiffs Judy
Davidson, Michael Davidson, Lorren
Davidson Hale, and Deanna
Davidson Moen

DATED: August 28, 2007.　　　TUCKER ELLIS & WEST LLP


By _____/s/ Peter Schnaitman_____
Peter Schnaitman
Attorneys for Defendant Centocor, Inc.

PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED**:


DATED: _____, 2007.


By _____
Honorable Jeffrey S. White
United States District Judge

- 2 -
Stipulation and Order of Dismissal – C 06-05657 JSW