1 Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
2 SEEGER • SALVAS LLP
455 Market Street, Suite 1530
3 San Francisco, CA 94105

4 Telephone: (415) 981-9260
Facsimile: (415) 981-9266
5
Attorneys for Plaintiffs Judy Davidson, Michael Davidson,
6 Lorren Davidson Hale, and Deanna Davidson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVIDSON, individually and as the Executor of the Estate of Larry C. Davidson, deceased, MICHAEL DAVIDSON, a minor, by and through his guardian, Judy Davidson, LORREN DAVIDSON HALE, and DEANNA DAVIDSON MOEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTOCOR, INC. and DOES 1 to 20, inclusive.<br><br>Defendants. | No. C 06-05657 JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br><br><br><br><br>Honorable Jeffrey S. White |

It is hereby stipulated by and between the parties, by and thorough their undersigned attorneys, that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiffs' Complaint shall be dismissed with prejudice on the merits. Each party shall bear its own costs, fees, and expenses, including attorneys' fees, in connection with this voluntary dismissal.

- 1 -
Stipulation and Order of Dismissal– C 06-05657 JSW

1  Judgment of dismissal with prejudice may be entered hereon without
2  further notice.
3
4  DATED: August 28, 2007.   SEEGER • SALVAS LLP
5
6
   By      /s/ Brian J. Devine
7  Brian J. Devine
   Attorneys for Plaintiffs Judy
8  Davidson, Michael Davidson, Lorren
   Davidson Hale, and Deanna
9  Davidson Moen
10
11 DATED: August 28, 2007.   TUCKER ELLIS & WEST LLP
12
13
   By      /s/ Peter Schnaitman
14 Peter Schnaitman
   Attorneys for Defendant Centocor,
15 Inc.
16 PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED**:
17
18
19 DATED:  August 29  , 2007.
20
21
   By  /s/ Jeffrey S. White
22 Honorable Jeffrey S. White
   United States District Judge
23
24
25
26
27
28

- 2 -

Stipulation and Order of Dismissal – C 06-05657 JSW